429 A.2d 761

Commonwealth v. Eaddy, Appellant.

---

* Justice Rolf Larsen of the Supreme Court of Pennsylvania and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

Argued September 12, 1979. David B. Comroe, for appellant; Victor M. Fortuno, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Affirmed.